CHRISTOPHER G. PARNALL, Respondent, v. JOHN FARSON, Appellant.

(Submitted April 16, 1923; decided April 24, 1923.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 234 N. Y. 648.)

THE PEOPLE'S TRUST COMPANY, as Trustee under the Will of MAURICE O'MEARA, Deceased, Suing on Behalf of Itself and Other Stockholders of MAURICE O'MEARA COMPANY, Appellant, v. WILLIAM O'MEARA et al., Respondents, Impleaded with Another.

*Appeal — judgment of Appellate Division remitting case to referee to take further proof — appeal therefrom dismissed.*

People's Trust Co. v. O'Meara, 204 App. Div. 268, appeal dismissed. (Argued April 16, 1923; decided April 24, 1923.)

MOTION to dismiss a judgment, entered March 1, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, modifying a judgment in favor of plaintiff entered upon the report of a referee and remitting the case to the same referee to take further proof.

The motion was made upon the ground that the judgment appealed from was not final and that permission to appeal had not been obtained.

*Clarence J. Shearn* for motion.

*Raymond C. Thompson* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.